UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: NONJUDICIAL FORFEITURE PROCEEDING | ) ) ) ) | MBD No. |

**JOINT MOTION TO EXTEND TIME TO
FILE CIVIL FORFEITURE COMPLAINT, OBTAIN
INDICTMENT ALLEGING FORFEITURE, AND/OR SETTLE THE CASE**

The United States of America, by and through its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, as authorized pursuant to 18 U.S.C. § 983(a)(3)(A), hereby moves upon agreement of the parties to extend from August 17, 2016 to September 16, 2016, the time in which the United States is required to file a Verified Complaint for Forfeiture *in Rem* and/or obtain an Indictment alleging forfeiture regarding the following property to which a claim has been filed by Joshua John Conrad ("Claimant") in a nonjudicial civil forfeiture proceeding with the United States Drug Enforcement Administration ("DEA"):

   a.   $30,000 in United States currency, seized from Joshua John Conrad on March 4, 2016 (the "Currency").

A proposed Order to Extend Time to File Civil Forfeiture Complaint And/Or Obtain Indictment Alleging Forfeiture is submitted herewith.   The United States and the Claimant, in support of this Motion, state as follows:

   1.   DEA seized the Currency on March 4, 2016.

   2.   DEA sent notice of its intent to forfeit the Currency administratively, as required by 18 U.S.C. § 983(a)(1)(A).

   3.   The Claimant filed a claim to the Currency, which was received by DEA on a timely basis.

   4.   No other person has filed a claim to the Currency as required by law in the

nonjudicial civil forfeiture proceeding, and the time within which to file such claims has expired. *See* 18 U.S.C. § 983(a)(2)(A)-(E).

5.      The DEA transmitted the claim received in the nonjudicial civil forfeiture proceedings for the Currency to the United States Attorney for the District of Massachusetts, for the purpose of initiating a judicial forfeiture action against the Currency.

6.      18 U.S.C. § 983(a)(3)(A)-(C) states:

> (A)     Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown ***or upon agreement of the parties***.
>
> (B)     If the Government does not -
>
>> (i)     file a complaint for forfeiture or return the property, in accordance with subparagraph (A); or
>>
>> (ii)    before the time for filing a complaint has expired -
>>
>>> (I)     obtain a criminal indictment containing an allegation that the property is subject to forfeiture; and
>>>
>>> (II)    take the steps necessary to preserve its right to maintain custody of the property as provided in the applicable criminal forfeiture statute,
>
> the Government shall promptly release the property pursuant to regulations promulgated by the Attorney General, and may not take any further action to effect the civil forfeiture of such property in connection with the underlying offense.
>
> (C)     In lieu of, or in addition to, filing a civil forfeiture complaint, the Government may include a forfeiture allegation in a criminal indictment. If criminal forfeiture is the only forfeiture proceeding commenced by the Government, the Government's right to continued possession of the property shall be governed by the applicable criminal forfeiture statute.

(Emphasis added).

2

7.     Pursuant to 18 U.S.C. § 983(a)(3)(A)-(C), unless the time is extended by the Court for good cause or upon agreement of the parties, the United States is required to file a complaint for forfeiture against the Currency and/or to obtain an indictment alleging that the Currency is subject to forfeiture no later than August 17, 2016.

8.     If the United States fails to file a complaint for forfeiture and/or to obtain an indictment by the specified date, it is required to release the Currency and may not take any further action to effect the civil forfeiture of the Currency in connection with the underlying offense.

9.     To date, the Claimants and the United States have been actively discussing settlement options.   However, a settlement of the Currency has not yet been reached and additional time is needed to pursue such options.

10.    The Claimant and the United States have agreed to, and jointly request, an extension of time to and including September 16, 2016, to allow the parties to continue to engage in settlement discussions and potentially resolve the claim filed for the Currency without the need for further litigation.

## CONCLUSION

The United States and the Claimant jointly and respectfully request that the Court enter an Order extending the period in which the United States is required to file a complaint against the Currency and/or to obtain an indictment alleging that the Currency is subject to forfeiture up to and including September 16, 2016.

Respectfully submitted,

| | |
|---|---|
| CARMEN M. ORTIZ<br>United States Attorney, | Claimant<br>By his attorneys, |
| By: */s/ Doreen M. Rachal*<br>DOREEN M. RACHAL<br>Assistant United States Attorney<br>BBO #: 667837<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100<br>doreen.rachal@usdoj.gov | */s/ Danny B. Schultz*<br>DANNY B. SCHULTZ<br>Law Office of Danny B. Schultz<br>B.B.O. #: _____<br>156 2nd Street, Suite 626<br>San Francisco, California, 94105<br>(415) 394-3800 |
| | */s/ Lisa Meier*<br>LISA MEIER<br>Jackson Square Law Office<br>B.B.O. #: 218979<br>809 Montgomery Street, #2<br>San Francisco, California, 94133<br>(415) 394-3800<br>lisa@jacksonsquarelaw.com |

Date: August 17, 2016

## CERTIFICATE OF SERVICE

I, Doreen M. Rachal, Assistant United States Attorney, hereby certify that the foregoing document was served via e-mail and first class mail to Danny B. Schultz, Law Office of Danny B. Schultz, 156 2nd Street, Suite 626, San Francisco, California, 94105, as counsel for the Claimant.

                                                */s/ Doreen M. Rachal*
                                                DOREEN M. RACHAL
                                                Assistant United States Attorney

Date: August 17, 2016

## RULE 7.1 CERTIFICATION

  I certify that I conferred with counsel for claimant Joshua John Conrad and that he assented to the relief requested herein.

                   */s/ Doreen M. Rachal*
                   DOREEN M. RACHAL
                   Assistant United States Attorney

Date: August 17, 2016